FILED BY_____D.C.

FEB 1 7 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CR-20552-RKA

UNITED STATES OF AMERICA

v.

SEALED INDICTMENT,

Defendants.

_____/

### UNITED STATES' MOTION TO PARTIALLY UNSEAL INDICTMENT

The United States, by and through the undersigned Assistant United States Attorney, hereby moves this Court to partially unseal the indictment, and states as follows:

1.      On December 19, 2024, a grand jury in the Southern District of Florida returned an indictment charging Defendant Angela Almarales Borrero with violations of 18 U.S.C. § 371 (conspiracy); and 18 U.S.C. § 472 (uttering counterfeit currency). Two other individuals were charged in the indictment. The indictment is sealed pursuant to Federal Rule of Criminal Procedure 6(e)(4).

2.      The indictment was ordered sealed until further order of the Court. The government proposes providing the attached, partially unredacted indictment to Defendant Almarales Borrero, and her defense counsel while maintaining the indictment sealed on the public docket (*see* proposed redacted indictment with penalty sheet as to Defendant Almarales Borrero attached as **Exhibit 1**). The copy provided to Almarales Borrero is partially redacted to exclude then one defendant who has yet to be arrested. Additionally, the government proposes keeping the case caption under seal.

WHEREFORE the United States respectfully moves this Court to partially unseal the

indictment as to Defendant Almarales Borrero.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    /s/ Lindsey Maultasch
Lindsey Maultasch
Assistant United States Attorney
Court ID No. A5502705
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9115
Lindsey.Maultasch@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2026, a copy of the foregoing document is being

served this day on all counsel of record.

By: _/s/ Lindsey Maultasch_
Lindsey Maultasch
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20552-RKA

UNITED STATES OF AMERICA

v.

SEALED INDICTMENT,

Defendants.

_____/

## ORDER TO PARTIALLY UNSEAL INDICTMENT

The United States of America has moved to partially unseal the indictment in this case. The government proposes providing a partially unredacted copy of the indictment to Defendant Angela Almarales Borrero and her defense counsel while maintaining the indictment sealed on the public docket until otherwise ordered by the court.

After considering the matter, the Court GRANTS the government's motion. Pursuant to Federal Rule of Criminal Procedure 6(e)(4), it is:

**ORDERED AND ADJUDGED** that the motion is GRANTED.

1.	The sealed indictment in this case shall remain sealed on the public docket until otherwise ordered by the Court.

2.	The government shall provide a partially unredacted copy of the sealed indictment to Defendant Angela Almarales Borrero and her defense counsel. The copy shall be partially redacted to exclude the name of the defendant who has not yet been arrested.

**DONE AND ORDERED** in chambers at Miami, Florida this ___ day of February 2026.

_____
HONORABLE MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE

cc:    Lindsey Maultasch, AUSA