UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20552-RKA

UNITED STATES OF AMERICA

v.

SEALED INDICTMENT,

        Defendants.
_____/

## ORDER TO PARTIALLY UNSEAL INDICTMENT

The United States of America has moved to partially unseal the indictment in this case. The government proposes providing a partially unredacted copy of the indictment to Defendant Angela Almarales Borrero and her defense counsel while maintaining the indictment sealed on the public docket until otherwise ordered by the court.

After considering the matter, the Court GRANTS the government's motion. Pursuant to Federal Rule of Criminal Procedure 6(e)(4), it is:

**ORDERED AND ADJUDGED** that the motion is GRANTED.

1. The sealed indictment in this case shall remain sealed on the public docket until otherwise ordered by the Court.

2. The name of the Defendant who has not yet been arrested will also remain under seal on the public docket until otherwise ordered by the Court. The remainder of the case will be unsealed.

3. The government shall provide a partially unredacted copy of the sealed indictment to Defendant Angela Almarales Borrero and her defense counsel. The copy shall be partially redacted to exclude the name of the Defendant who has not yet been arrested.

**DONE AND ORDERED** in chambers at Miami, Florida this 17th day of February 2026.

_____
HONORABLE MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE

cc:   Lindsey Maultasch, AUSA